**Mary V. BAILEY et al., Appellants,**

**v.**

**Vee GAY, as Sheriff of Jackson County, Ky., et al., Appellees.**

Court of Appeals of Kentucky.

May 25, 1956.

Shumate & Shumate, Richmond, for appellants.

Elmer Cunnagin, McKee, Pleaz Mobley, Manchester, for appellees.

PER CURIAM.

Motion for an appeal from the judgment of the Jackson Circuit Court.

A consideration of the record and of the points raised in appellants' brief has failed to disclose any error prejudicial to appellants' substantial rights and the judgment is therefore affirmed.